No. 94–1589. MALPASS v. CITY OF BOULDER, COLORADO. Dist. Ct. App. Colo., Boulder County. Certiorari denied.

No. 94–1590. CRAWLEY v. OHIO. Ct. App. Ohio, Warren County. Certiorari denied. ▮▮▮▮▮▮

No. 94–1591. ALEXANDER v. TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied. ▮▮▮▮▮▮

No. 94–1595. CHAMPION ET AL. v. DEPARTMENT OF LABOR ET AL. C. A. 11th Cir. Certiorari denied. ▮▮▮▮▮▮

No. 94–1596. MIDWEST DEVELOPMENT, INC., ET AL. v. FLAMINGO REALTY, INC., ET AL. Sup. Ct. Nev. Certiorari denied. ▮▮▮▮▮▮

No. 94–1598. DEPLUZER v. VILLAGE OF WINNETKA. App. Ct. Ill., 1st Dist. Certiorari denied. ▮▮▮▮▮▮

No. 94–1599. SNEAD v. UNUM LIFE INSURANCE COMPANY OF AMERICA. C. A. 4th Cir. Certiorari denied. ▮▮▮▮▮▮

No. 94–1600. DAVIS v. TEXACO REFINING & MARKETING, INC. C. A. 9th Cir. Certiorari denied. ▮▮▮▮▮▮

No. 94–1601. VILLAGE OF SEBRING v. WAYNE ET AL. C. A. 6th Cir. Certiorari denied. ▮▮▮▮▮▮

No. 94–1602. BEATTIE v. BOEING CO. C. A. 10th Cir. Certiorari denied. ▮▮▮▮▮▮

No. 94–1604. FUN 'N SUN RV, INC., ET AL. v. MICHIGAN ET AL. Sup. Ct. Mich. Certiorari denied. ▮▮▮▮▮▮

No. 94–1606. CROSS v. JABE, WARDEN. C. A. 6th Cir. Certiorari denied. ▮▮▮▮▮▮

No. 94–1607. NEAL v. BROWN ET AL. C. A. 3d Cir. Certiorari denied. ▮▮▮▮▮▮

No. 94–1608. NTN COMMUNICATIONS, INC. v. INTERACTIVE NETWORK, INC. C. A. Fed. Cir. Certiorari denied. ▮▮▮▮▮▮